I am almost persuaded by the excellent briefs submitted by Liberty National; however, so long as the public policy of Alabama, as reflected in enactments of the Legislature, invalidates predispute agreements to resolve issues by arbitration by prohibiting the specific enforcement of such predispute arbitration agreements, I shall endeavor to enforce Alabama's public policy until I am completely persuaded that Alabama's public policy violates the Supremacy Clause of the United States Constitution. Sisters of the Visitation v. Cochran Plastering Co.,775 So.2d 759 *Page 811 
(Ala. 2000), is a reasonable interpretation of UnitedStates v. Lopez, 514 U.S. 549 (1995). Therefore, I am not completely persuaded that Sisters of the Visitation was wrongly decided.
In the case at issue, there is no evidence indicating that Douglas, while performing her duties under her employment agreement with Liberty National, was working "in" commerce, was producing goods for commerce, or was engaging in activity that substantially affected interstate commerce. Bernhardt v. Polygraphic Co. of America, 350 U.S. 198, 200-01
(1956); Sisters of the Visitation, supra; United States v. Lopez, supra.